No. 84–1484. WISCONSIN DEPARTMENT OF INDUSTRY, LABOR AND HUMAN RELATIONS ET AL. *v.* GOULD INC. C. A. 7th Cir. [Probable jurisdiction noted, 471 U. S. 1115.] Motion of National Governors' Association et al. for leave to file a brief as *amici curiae* granted.

No. 84–1485. MORAN, SUPERINTENDENT, RHODE ISLAND DEPARTMENT OF CORRECTIONS *v.* BURBINE. C. A. 1st Cir. [Certiorari granted, 471 U. S. 1098.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 84–1493. NATIONAL LABOR RELATIONS BOARD *v.* FINANCIAL INSTITUTION EMPLOYEES OF AMERICA, LOCAL 1182, CHARTERED BY UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION, AFL–CIO, ET AL.; and
No. 84–1509. SEATTLE-FIRST NATIONAL BANK *v.* FINANCIAL INSTITUTION EMPLOYEES OF AMERICA, LOCAL 1182, CHARTERED BY UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION, AFL–CIO, ET AL. C. A. 9th Cir. [Certiorari granted, 471 U. S. 1098.] Motion of petitioners for divided argument granted.

No. 84–1503. CHICAGO TEACHERS UNION, LOCAL No. 1, AFT, AFL–CIO, ET AL. *v.* HUDSON ET AL. C. A. 7th Cir. [Certiorari granted, 472 U. S. 1007.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 84–1601. AETNA LIFE INSURANCE CO. *v.* LAVOIE ET AL. Sup. Ct. Ala. [Probable jurisdiction postponed, 471 U. S. 1134.] Motion of Association of Southern California Defense Counsel et al. for leave to file a brief as *amici curiae* granted.

No. 84–1686. SORENSON *v.* SECRETARY OF THE TREASURY ET AL. C. A. 9th Cir. [Certiorari granted, 472 U. S. 1016.] Motion of petitioner to dispense with printing the joint appendix granted.